UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Chukwuma E. Azubuko

      v.                                           06-fp-267

MA Assistant Attorney General, et al


O R D E R

Petitioner's Motion to Proceed In Forma Pauperis (document no. 2) is granted, but only for the purpose of waiving the filing fee..

This file has been assigned civil number 06-cv-267-PB.


SO ORDERED.


August 15, 2006                                           /s/ James R. Muirhead
                                                                             James R. Muirhead
                                                                             United States Magistrate Judge


cc:       Chukwuma E. Azubuko, pro se