UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Chukwuma Azubuko

v.                                    Case No. 06-cv-267-PB

MA Assistant Attorney General, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report

and Recommendation of Magistrate Judge Muirhead dated November 9, 2006.

SO ORDERED.

December 4, 2006                    /s/ Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge

cc:    Chukwuma Azubuko